**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2270

LARRY FRANCIS WILLIAMS,

Plaintiff - Appellant,

v.

BOARD OF EDUCATION OF WICOMICO COUNTY; JOHN FREDERICKSEN,
Ph.D., (Individually and in his Official Capacity)
Superintendent of Schools; STEPHANIE MOSES, (Individually &
in her Official Capacity) Director of Human Resources;
THOMAS FIELD, (Individually & in his Official Capacity)
Former Interim Superintendent; UNKNOWN DEFENDANTS,
Individually & in their Official Capacities; WILLIAM CAIN,
Individually & in his Official Capacity, Assistant
Superintendent,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, Senior District
Judge. (1:10-cv-03582-WMN)

Submitted: January 23, 2013          Decided: February 27, 2013

Before GREGORY, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Larry Francis Williams, Appellant Pro Se.    Andrew G. Scott,
Leslie Robert Stellman, PESSIN KATZ LAW, P.A., Towson, Maryland;

Cullen B. Casey, Gregory Lee VanGeison, ANDERSON, COE & KING, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Francis Williams appeals the district court's order awarding the Defendants summary judgment on his equal protection claim, in violation of 42 U.S.C. § 1983 (2006), race discrimination claim, in violation of 42 U.S.C. § 1981 (2006), and defamation claim. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Williams v. Bd. of Educ. of Wicomico Cnty., No. 1:10-cv-03582-WMN (D. Md. Oct. 1, 2012). We deny Williams' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3